Exhibit

1

**RJD - RJ Donovan Correctional Facility**

| | |
|---|---|
| Patient: | **NGUON, HUNG DUONG** |
| DOB/Age/Birth Gender: | 7/8/1976 / 45 years / Male        CDCR: K49649 |

## *Progress Notes*

**Encounter Info:** Patient Name: HUNG NGUON,DOB: 07/08/1976,CDCR: K49649,FIN: 10000003511801030K49649,Facility: RJD,Encounter Type: Institutional Encounter

[1] XR LUMBAR SPINE-2 VWS; 02/12/2019 08:45 PST
[2] US SCROTAL; 12/10/2019 14:16 PST

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Office Visit Note |
| Service Date/Time: | 12/27/2019 14:25 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Goyal,Erica P&S (12/27/2019 14:36 PST) |
| Sign Information: | Goyal,Erica P&S (12/27/2019 14:56 PST) |
| Authentication Information: | Goyal,Erica P&S (12/27/2019 14:56 PST); Goyal,Erica P&S (12/27/2019 14:56 PST) |

**Chief Complaint**
PCP 5 day f/u due PIP discharge. IP with Tramadol

**History of Present Illness**
The patient is on chronic therapy with tramadol 50 mg twice daily PRN for pain.  I educated the patient that this is not an indication for tramadol for his chronic back pain.  He reports that he has a back fracture.  The patient is pressing upon the notion that he needs to have his tramadol renewed.  When it discussion took place regarding his multiple multiple imaging tests over the last couple years that do not show any evidence of back fracture the patient became very defensive and started saying that he was going to put paperwork and and Sumi.  The patient is clearly having secondary gain issues.  He has a low bone density scan on a DEXA that was done previously.  The low density scan was done due to a history of hypogonadism that the patient is on testosterone shots.  This may be hereditary.  The patient has a history of an undescended testicle that he was undergoing urologic work-up for.  The patient becomes very verbose and angry regarding his tramadol prescription saying that his family are multimillion nurse and he does not need the medication for money.

**Review of Systems**
as above.

**Physical Exam**

Vitals & Measurements
**T:** 36.7 °C (Oral)  **HR:** 84 (Peripheral)  **RR:** 16  **BP:** 128/79  **SpO2:** 97%
**WT:** 82.78 kg  **WT:** 82.78 kg (Wt dosing)

**Problem List/Past Medical History**
Ongoing
Chest pain
Chronic back pain
Chronic pain in testicle
Complex care needs
Cryptorchidism
Essential hypertension
Hyperlipidemia
Hypogonadism male
IH - Inguinal hernia
Lumbar spine scoliosis
Major depressive disorder, Recurrent episode, With psychotic features
Preventative health care
Spongiotic dermatitis
Unspecified depressive disorder
Unspecified personality disorder
Historical
Adrenal nodule

**Procedure/Surgical History**
Myocardial Perfusion scan (10/08/2018), 2D Echo (05/12/2018), CT and MRI of full Spine (05/12/2018).

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit

2



**CALIFORNIA CORRECTIONAL**
## HEALTH CARE SERVICES

**SAC - California State Prison, Sacramento**
Prison Road
P.O. Box 290002
Represa, CA 95671-

**Patient:**  **NGUON, HUNG DUONG**
DOB/Age/Sex:  7/8/1976   42 years   Male
Encounter Date:  3/12/2014
Attending:  Arya,Afshin P&S

CDCR #:  K49649
PID #:  11801030
Referring:

---

## Progress Notes

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:

Sign Information:

Authentication Information:

Outpatient Progress Note
Office Visit Note
10/18/2018 13:50 PDT
Modified
Arya,Afshin P&S (10/29/2018 11:40 PDT); Arya,Afshin P&S (10/18/2018 14:45 PDT)
Arya,Afshin P&S (10/29/2018 11:40 PDT); Arya,Afshin P&S (10/18/2018 14:45 PDT)
Arya,Afshin P&S (10/29/2018 11:40 PDT); Arya,Afshin P&S (10/18/2018 14:45 PDT)

**Addendum by Arya, Afshin P&S on October 29, 2018 11:38:32 PDT**
Correct Transcription for "Hydrocodone as a" in diagnosis #6 his hydrochlorothiazide

**Subjective:**
    The patient is coming today for a follow-up after his nuclear cardiac stress test.
The patient had a pharmacologic stress test with nuclear perfusion scan on 10/8/2018 Re: His chest pain. This test showed no reversible ischemia or scar. Ejection fraction was within normal limits. These results were complicated to the patient. The patient has history of chronic low back pain and in May had an episode with acute exacerbation. Further evaluation in UCD with MRI showed multilevel compression fractures and multilevel mild degenerative joint disease. The patient is complaining of pain not controlled by Celebrex and requests gabapentin today. He showed me a discharge summary from UCD that states that "the patient to discuss gabapentin with his primary care physician". The patient states that Celebrex is not helping him. Denies any palpitation or lightheadedness. Denies any recent trauma to his back. Denies allergies to opiates. Further, I noticed an incidental finding of a right adrenal nodule in his CT scans as well as hypo-density in his thyroid. The reported thyroid hypodense nodule was further evaluated by a sonogram of the thyroid which did not detect thyroid nodule. Thyroid function tests were also within normal limits.
The patient's most recent 7362 forms were reviewed.

**Objective:**

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Temp Oral | 36.1 DegC  (OCT 18 12:56) |
| Heart Rate Peripheral | 76 bpm  (OCT 18 12:56) |
| Resp Rate | 17 br/min  (OCT 18 12:56) |
| SBP | 118 mmHg  (OCT 18 12:56) |
| DBP | 79 mmHg  (OCT 18 12:56) |
| SpO2 | 100 %  (OCT 18 12:56) |
| Weight | 81 kg  (OCT 18 12:56) |
| Height | 170 cm  (OCT 18 12:56) |
| BMI | 28.03  (OCT 18 12:56) |

The patient walked into the clinic with normal gait and stance. He was able to get on and off the examination table without any assistance or

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**SAC - California State Prison, Sacramento**
Prison Road
P.O. Box 290002
Represa, CA 95671-

**Patient:** **NGUON, HUNG DUONG**
DOB/Age/Sex:   7/8/1976   41 years   Male
Encounter Date:   3/12/2014
Attending:   Uddin,Meskath P&S

CDCR #:   K49649
PID #:   11801030
Referring:

| *Trauma* |
|---|

### Chief Complaint

| | |
|---|---|
| Recorded Date | 5/18/2018 |
| Recorded Time | 08:40 PDT |
| Recorded By | Iuliana Musat,RN |
| Procedure | |
| Chief Complaint | See Below T1 |

Textual Results
T1:   5/18/2018 08:40 PDT (Chief Complaint)
"lower back back, very painful, feeling like the bone is sticking out"

### Disposition

| | |
|---|---|
| Recorded Date | 5/18/2018 |
| Recorded Time | 08:40 PDT |
| Recorded By | Iuliana Musat,RN |
| Procedure | |
| TTA-Disposition To: | Return to housing |
| TTA-Mode of Disposition Via: | Ambulatory |



Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   8769643

Print Date/Time:   6/4/2018 14:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**SAC - California State Prison, Sacramento**

Patient:  **NGUON, HUNG DUONG**
DOB/Age/Sex:  7/8/1976  / 41 years  / Male        CDCR: K49649

## Assessment Forms

Spongiotic dermatitis
(SNOMED CT
:39654011 )

10/12/2017 8:52 - Sherinian, Sharon Social Worker
IP continues to have delusions regarding a wife that lives with
him, as well as persecutory beliefs about others' motivations.
*Name of Problem:*  Spongiotic dermatitis ; *Recorder:*  Arya,
Afshin P&S; *Confirmation:*  Confirmed ; *Classification:*  Medical
; *Code:*  39654011 ; *Contributor System:*  PowerChart ; *Last
Updated:*  4/18/2018 12:20 PDT ; *Life Cycle Date:*  4/18/2018 ;
*Life Cycle Status:*  Active ; *Responsible Provider:*  Arya, Afshin
P&S; *Vocabulary:*  SNOMED CT

Diagnoses(Active)

Complex care needs

*Date:*  5/18/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Complex care needs ; *Classification:*
Medical ; *Code:*  ICD-10-CM ; *Probability:*  0 ; *Diagnosis Code:*
Z74.3

Cryptorchidism

*Date:*  5/17/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Cryptorchidism ; *Classification:*
Medical ; *Code:*  ICD-10-CM ; *Probability:*  0 ; *Diagnosis Code:*
Q53.9

Essential hypertension

*Date:*  5/17/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Essential hypertension ;
*Classification:*  Medical ; *Code:*  ICD-10-CM ; *Probability:*  0 ;
*Diagnosis Code:*  I10

Low back pain

*Date:*  1/2/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Low back pain ; *Classification:*
Nursing ; *Clinical Service:*  Non-Specified ; *Code:*  ICD-10-CM ;
*Probability:*  0 ; *Diagnosis Code:*  M54.5

Lumbar spine scoliosis

*Date:*  5/17/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Lumbar spine scoliosis ;
*Classification:*  Medical ; *Code:*  ICD-10-CM ; *Probability:*  0 ;
*Diagnosis Code:*  M41.86

Minor abrasion

*Date:*  5/11/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Minor abrasion ; *Classification:*
Nursing ; *Clinical Service:*  Non-Specified ; *Code:*  ICD-10-CM ;
*Probability:*  0 ; *Diagnosis Code:*  T07

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



**RJD - RJ Donovan Correctional Facility**

Patient:          **NGUON, HUNG DUONG**
DOB/Age/Sex:  7/8/1976    / 44 years       / Male              CDCR: K49649

---

## *Mental Health IDTT MPage Forms*

|  |  |
|---|---|
|  | *Updated:* 7/23/2018 11:28 PDT ; *Life Cycle Date:* 07/23/18 ; *Life Cycle Status:* Active ; *Responsible Provider:* Arya, Afshin P&S; *Vocabulary:* SNOMED CT ; *Comments:* |
|  | 4/18/2018 13:01 - Arya, Afshin P&S<br>The patient has refused urology procedure for orchiopexy versus orchiectomy multiple times. |
| Essential hypertension (SNOMED CT :99042012 ) | *Name of Problem:* Essential hypertension ; *Recorder:* Arya, Afshin P&S; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 99042012 ; *Contributor System:* PowerChart ; *Last Updated:* 7/23/2018 11:28 PDT ; *Life Cycle Date:* 07/23/18 ; *Life Cycle Status:* Active ; *Responsible Provider:* Arya, Afshin P&S; *Vocabulary:* SNOMED CT |
| Hyperlipidemia (SNOMED CT :92826017 ) | *Name of Problem:* Hyperlipidemia ; *Recorder:* Soltanian-Zadeh, Jalal P&S; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 92826017 ; *Contributor System:* PowerChart ; *Last Updated:* 9/27/2019 11:32 PDT ; *Life Cycle Date:* 09/27/19 ; *Life Cycle Status:* Active ; *Responsible Provider:* Soltanian-Zadeh, Jalal P&S; *Vocabulary:* SNOMED CT |
| Hypogonadism male (SNOMED CT :1494758011 ) | *Name of Problem:* Hypogonadism male ; *Recorder:* Arya, Afshin P&S; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 1494758011 ; *Contributor System:* PowerChart ; *Last Updated:* 7/23/2018 11:28 PDT ; *Life Cycle Date:* 07/23/18 ; *Life Cycle Status:* Active ; *Responsible Provider:* Arya, Afshin P&S; *Vocabulary:* SNOMED CT |
| IH - Inguinal hernia (SNOMED CT :1785515013 ) | *Name of Problem:* IH - Inguinal hernia ; *Recorder:* Soltanian-Zadeh, Jalal P&S; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 1785515013 ; *Contributor System:* PowerChart ; *Last Updated:* 4/3/2018 08:36 PDT ; *Life Cycle Date:* 04/03/18 ; *Life Cycle Status:* Active ; *Responsible Provider:* Soltanian-Zadeh, Jalal P&S; *Vocabulary:* SNOMED CT |
| Lumbar spine scoliosis (SNOMED CT :439375011 ) | *Name of Problem:* Lumbar spine scoliosis ; *Recorder:* Soltanian-Zadeh, Jalal P&S; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 439375011 ; *Contributor System:* PowerChart ; *Last Updated:* 4/3/2018 08:35 PDT ; *Life Cycle Date:* 04/03/18 ; *Life Cycle Status:* Active ; *Responsible Provider:* Soltanian-Zadeh, Jalal P&S; *Vocabulary:* SNOMED CT ; *Comments:* |

---

Report Request ID:    42393958                                Print Date/Time:  6/3/2021 12:15 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit

2


**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

**SAC - California State Prison, Sacramento**
Prison Road
P.O. Box 290002
Represa, CA 95671-

**Patient:** **NGUON, HUNG DUONG**
DOB/Age/Sex: 7/8/1976   42 years   Male
Encounter Date: 3/12/2014
Attending: Arya,Afshin P&S

CDCR #: K49649
PID #: 11801030
Referring:

---

## Progress Notes

Document Type:                     Outpatient Progress Note
Document Subject:                  Office Visit Note
Service Date/Time:                 10/18/2018 13:50 PDT
Result Status:                     Modified
Perform Information:               Arya,Afshin P&S (10/29/2018 11:40 PDT); Arya,Afshin P&S
                                   (10/18/2018 14:45 PDT)
Sign Information:                  Arya,Afshin P&S (10/29/2018 11:40 PDT); Arya,Afshin P&S
                                   (10/18/2018 14:45 PDT)
Authentication Information:        Arya,Afshin P&S (10/29/2018 11:40 PDT); Arya,Afshin P&S
                                   (10/18/2018 14:45 PDT)

**Addendum by Arya, Afshin P&S on October 29, 2018 11:38:32 PDT**
Correct Transcription for "Hydrocodone as a" in diagnosis #6 his hydrochlorthiazide

**Subjective**:
    The patient is coming today for a follow-up after his nuclear cardiac stress test.
The patient had a pharmacologic stress test with nuclear perfusion scan on 10/8/2018 Re: His chest pain. This test showed no reversible ischemia or scar. Ejection fraction was within normal limits. These results were complicated to the patient. The patient has history of chronic low back pain and in May had an episode with acute exacerbation. Further evaluation in UCD with MRI showed multilevel compression fractures and multilevel mild degenerative joint disease. The patient is complaining of pain not controlled by Celebrex and requests gabapentin today. He showed me a discharge summary from UCD that states that "the patient to discuss gabapentin with his primary care physician". The patient states that Celebrex is not helping him. Denies any palpitation or lightheadedness. Denies any recent trauma to his back. Denies allergies to opiates. Further, I noticed an incidental finding of a right adrenal nodule in his CT scans as well as hypo-density in his thyroid. The reported thyroid hypodense nodule was further evaluated by a sonogram of the thyroid which did not detect thyroid nodule. Thyroid function tests were also within normal limits.
The patient's most recent 7362 forms were reviewed.

**Objective:**

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| **Temp Oral** | 36.1 DegC  (OCT 18 12:56) |
| **Heart Rate Peripheral** | 76 bpm  (OCT 18 12:56) |
| **Resp Rate** | 17 br/min  (OCT 18 12:56) |
| **SBP** | 118 mmHg  (OCT 18 12:56) |
| **DBP** | 79 mmHg  (OCT 18 12:56) |
| **SpO2** | 100 %  (OCT 18 12:56) |
| **Weight** | 81 kg  (OCT 18 12:56) |
| **Height** | 170 cm  (OCT 18 12:56) |
| **BMI** | 28.03  (OCT 18 12:56) |

The patient walked into the clinic with normal gait and stance. He was able to get on and off the examination table without any assistance or

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  13273621                                    Print Date/Time:  12/6/2018 11:58 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**SAC - California State Prison, Sacramento**
Prison Road
P.O. Box 290002
Represa, CA 95671-

**Patient:**     **NGUON, HUNG DUONG**
DOB/Age/Sex:   7/8/1976    41 years    Male
Encounter Date:  3/12/2014
Attending:     Uddin,Meskath P&S

**CDCR #:**    K49649
PID #:      11801030
Referring:

| | *Trauma* | |
|---|---|---|

### Chief Complaint

| | | |
|---|---|---|
| Recorded Date | 5/18/2018 | |
| Recorded Time | 08:40 PDT | |
| Recorded By | Iuliana Musat,RN | |
| Procedure | | |
| Chief Complaint | See Below T1 | |

Textual Results
T1:    5/18/2018 08:40 PDT (Chief Complaint)
       "lower back back, very painful, feeling like the bone is sticking out"

### Disposition

| | | |
|---|---|---|
| Recorded Date | 5/18/2018 | |
| Recorded Time | 08:40 PDT | |
| Recorded By | Iuliana Musat,RN | |
| Procedure | | |
| TTA-Disposition To: | Return to housing | |
| TTA-Mode of Disposition Via: | Ambulatory | |



Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   8769643                      Print Date/Time:   6/4/2018 14:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**SAC - California State Prison, Sacramento**

Patient:   **NGUON, HUNG DUONG**
DOB/Age/Sex:  7/8/1976   / 41 years   / Male       **CDCR: K49649**

---

### Assessment Forms

---

Spongiotic dermatitis
(SNOMED CT
:39654011 )

10/12/2017 8:52 - Sherinian, Sharon Social Worker
IP continues to have delusions regarding a wife that lives with
him, as well as persecutory beliefs about others' motivations.
*Name of Problem:*  Spongiotic dermatitis ; *Recorder:*  Arya,
Afshin P&S; *Confirmation:*  Confirmed ; *Classification:*  Medical
; *Code:*  39654011 ; *Contributor System:*  PowerChart ; *Last
Updated:*  4/18/2018 12:20 PDT ; *Life Cycle Date:*  4/18/2018 ;
*Life Cycle Status:*  Active ; *Responsible Provider:*  Arya, Afshin
P&S; *Vocabulary:*  SNOMED CT

Diagnoses(Active)
Complex care needs

*Date:*  5/18/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Complex care needs ; *Classification:*
Medical ; *Code:*  ICD-10-CM ; *Probability:*  0 ; *Diagnosis Code:*
Z74.3

Cryptorchidism

*Date:*  5/17/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Cryptorchidism ; *Classification:*
Medical ; *Code:*  ICD-10-CM ; *Probability:*  0 ; *Diagnosis Code:*
Q53.9

Essential hypertension

*Date:*  5/17/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Essential hypertension ;
*Classification:*  Medical ; *Code:*  ICD-10-CM ; *Probability:*  0 ;
*Diagnosis Code:*  I10

Low back pain

*Date:*  1/2/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Low back pain ; *Classification:*
Nursing ; *Clinical Service:*  Non-Specified ; *Code:*  ICD-10-CM ;
*Probability:*  0 ; *Diagnosis Code:*  M54.5

Lumbar spine scoliosis

*Date:*  5/17/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Lumbar spine scoliosis ;
*Classification:*  Medical ; *Code:*  ICD-10-CM ; *Probability:*  0 ;
*Diagnosis Code:*  M41.86

Minor abrasion

*Date:*  5/11/2018 ; *Diagnosis Type:*  Discharge ; *Confirmation:*
Confirmed ; *Clinical Dx:*  Minor abrasion ; *Classification:*
Nursing ; *Clinical Service:*  Non-Specified ; *Code:*  ICD-10-CM ;
*Probability:*  0 ; *Diagnosis Code:*  T07



---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient:       **NGUON, HUNG DUONG**
DOB/Age/Sex:   7/8/1976    / 44 years    / Male          CDCR: K49649

## Mental Health IDTT MPage Forms

|  |  |
|---|---|
|  | *Updated:*  7/23/2018 11:28 PDT ; *Life Cycle Date:*  07/23/18 ; *Life Cycle Status:*  Active ; *Responsible Provider:*  Arya, Afshin P&S; *Vocabulary:*  SNOMED CT ; *Comments:* |
| Essential hypertension (SNOMED CT :99042012 ) | 4/18/2018 13:01 - Arya, Afshin P&S<br>The patient has refused urology procedure for orchiopexy versus orchiectomy multiple times.<br>*Name of Problem:*  Essential hypertension ; *Recorder:*  Arya, Afshin P&S; *Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*  99042012 ; *Contributor System:*  PowerChart ; *Last Updated:*  7/23/2018 11:28 PDT ; *Life Cycle Date:*  07/23/18 ; *Life Cycle Status:*  Active ; *Responsible Provider:*  Arya, Afshin P&S; *Vocabulary:*  SNOMED CT |
| Hyperlipidemia (SNOMED CT :92826017 ) | *Name of Problem:*  Hyperlipidemia ; *Recorder:*  Soltanian-Zadeh, Jalal P&S; *Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*  92826017 ; *Contributor System:*  PowerChart ; *Last Updated:*  9/27/2019 11:32 PDT ; *Life Cycle Date:*  09/27/19 ; *Life Cycle Status:*  Active ; *Responsible Provider:*  Soltanian-Zadeh, Jalal P&S; *Vocabulary:*  SNOMED CT |
| Hypogonadism male (SNOMED CT :1494758011 ) | *Name of Problem:*  Hypogonadism male ; *Recorder:*  Arya, Afshin P&S; *Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*  1494758011 ; *Contributor System:*  PowerChart ; *Last Updated:*  7/23/2018 11:28 PDT ; *Life Cycle Date:*  07/23/18 ; *Life Cycle Status:*  Active ; *Responsible Provider:*  Arya, Afshin P&S; *Vocabulary:*  SNOMED CT |
| IH - Inguinal hernia (SNOMED CT :1785515013 ) | *Name of Problem:*  IH - Inguinal hernia ; *Recorder:*  Soltanian-Zadeh, Jalal P&S; *Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*  1785515013 ; *Contributor System:*  PowerChart ; *Last Updated:*  4/3/2018 08:36 PDT ; *Life Cycle Date:*  04/03/18 ; *Life Cycle Status:*  Active ; *Responsible Provider:*  Soltanian-Zadeh, Jalal P&S; *Vocabulary:*  SNOMED CT |
| Lumbar spine scoliosis (SNOMED CT :439375011 ) | *Name of Problem:*  Lumbar spine scoliosis ; *Recorder:*  Soltanian-Zadeh, Jalal P&S; *Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*  439375011 ; *Contributor System:*  PowerChart ; *Last Updated:*  4/3/2018 08:35 PDT ; *Life Cycle Date:*  04/03/18 ; *Life Cycle Status:*  Active ; *Responsible Provider:*  Soltanian-Zadeh, Jalal P&S; *Vocabulary:*  SNOMED CT ; *Comments:* |

Report Request ID:    42393958                                    Print Date/Time:   6/3/2021 12:15 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit

3

**RJD - RJ Donovan Correctional Facility**

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **NGUON, HUNG DUONG** | | | | |
| DOB/Age/Birth Gender: | 7/8/1976 | / | 45 years | / | Male | CDCR: K49649 |

---

### *Progress Notes*

---

**Allergies**
indomethacin

**Social History**
Criminal History
Criminal History: Adult Arrests/ Convictions.
Current Offenses: kidnap/carjacking (use
f'arm carjack. History of Violence: Mr.
Nguon's recent RVR includes the following:
Overfamiliarity (3/21/19; 2/20/19;
12/18/18)..

**Diagnostic Results**
ORDERING PHYSICIAN: M uddin
**Service Date: 02/12/2019**
**Lumbar spine x-ray**

**Assessment/Plan**
1. Chronic back pain
Examination compatible with musculoskeletal chronic back pain. Patient does incte
radiculopathy. X-ray of lumbar spine did not show any significant scoliosis only mild
degenerative changes which compatible with his current ages of 43. Examination
shoulder patient have excellent back musculature and also lower extremity muscle bulk is
excellent to indicate patient have no muscle atrophy due to disuse due to his chronic back
pain. On history patient is able to do exercise daily and able to do his stretching per
previous physical therapy instructions. At this time I encourage patients to continue
his home physical therapy and, consider refer patient for more therapy if back pain
is persist or continue. Otherwise there is no indication for chronic narcotic use such as
tramadol or morphine as per patient request. At this time I would discontinue his
tramadol and concentrate on non-narcotic pain medication treatments with
acetaminophen and capsaicin cream and also instruct patient to obtain ibuprofen OTC in
the canteen and take 2-3 3 times a day as needed for pain. Although
patient only interested in narcotic pain medication
stated nonnarcotic pain medication does not work.
Also refer patients for mental felt for chronic pain management and participate in pain
management program under mental health.
X-ray did not show any compression fractures and also previous MRI also reviewed did
not show any significant or major abnormality. See attached imaging report in diagnostic:

CLINICAL INDICATION: Back pain
COMPARISON: 4/4/2018 TECHNIQUE: 3
lumbar spine radiographs FINDINGS: There is
no acute fracture. The alignment is anatomic.
Degenerative changes are mild. Increased
colonic stool burden. IMPRESSION: No acute
osseous abnormality.

[1]

ORDERING PHYSICIAN: Meenu Vaid
Service Date: 12/10/2019
**Ultrasound testicles**

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:   47671843

Print Date/Time:   10/22/2021 13:50 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

| Patient: | **NGUON, HUNG DUONG** | | |
|---|---|---|---|
| DOB/Age/Birth Gender: | 7/8/1976   /   45 years   /   Male | CDCR: K49649 |

| *Progress Notes* |
|---|

simple language.  He was able to summarize information.  He answered questions verbally and nonverbally.  The patient's questions were answered.  The patient verbalized understanding in his own words and agreed to the treatment plan to my satisfaction.

FOLLOWUP:  The patient will follow up in PCP clinic as scheduled.

**Allergies**
indomethacin

**Social History**
Criminal History
Criminal History: Adult Arrests/ Convictions.
Current Offenses: kidnap/carjacking (use farm carjack. History of Violence: Mr. Nguon's recent RVR includes the following: Overfamiliarity (3/21/19; 2/20/19; 12/18/18)..

**Encounter Info:** Patient Name: HUNG NGUON,DOB: 07/08/1976,CDCR: K49649,FIN: 1000003511801030K49649,Facility: RJD,Encounter Type: Institutional Encounter

---

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Office Visit Note- PCP FU RAP request & also multiple 7362 pt requests |
| Service Date/Time: | 1/14/2020 09:51 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Chau,John P&S (1/14/2020 10:15 PST) |
| Sign Information: | Chau,John P&S (1/14/2020 10:15 PST) |
| Authentication Information: | Chau,John P&S (1/14/2020 10:15 PST) |

**Chief Complaint**
RAP- evaluate for eggcrate mattress, functional capacity for MCC; multiple requests for steroid injection, lumbar spire radiograph, Tx for testicular trauma x4 yrs ago, chronos, hernia belt, consult with specialty & stronger pain meds;

**History of Present Illness**
43-year-old patient with history of chronic low back pain, history of hypogonadism and history of right undescended testicle, patient's submitted multiple 7362 request and also submitted Rap request for eggcrate mattress.

**Problem List/Past Medical History**
Ongoing
Chest pain
Chronic back pain
Chronic pain in testicle
Complex care needs
Cryptorchidism
Essential hypertension
Hyperlipidemia

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   47671843                    Print Date/Time:   10/22/2021 13:50 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient:               **NGUON, HUNG DUONG**
DOB/Age/Birth Gender:   7/8/1976   /   45 years   /   Male          CDCR: K49649

---

### *Progress Notes*

RAP- evaluate for eggcrate mattress, functional capacity for MCC; patient stated he needs eggcrate mattress because he have chronic low back pain in his lumbar area which I evaluated patient in last PCP visit shoulder patient have musculoskeletal back pain, patient denies any decubitus ulcer in the buttocks or sacrum area and also denies any other pressure sores.  He was explained to him that he is not current criteria of for pressure reducing mattress such as eggcrate mattress.
Patient also stated assessment for functional capacity which he was told to have restriction of weight due to his chronic low back pain.  And his MCC chrono and 7410 chrono is updated today to reflect on those restrictions.  However, examination does not show the patient need lower bunk chrono at this time.

multiple requests for steroid injection, lumbar spine radiograph, Tx for testicular trauma x4 yrs ago, chronos, hernia belt, consult with specialty & stronger pain meds; patient requests steroid injection for the back pain, and request repeat lumbar x-ray which was done on February 12, 2019 2 view which showed mild degenerative disc disease., Patient also requesting treatment for chronic testicular pain after testicle trauma 4 years ago. He stated he have that in the right testicle and also complaining of right side hernia which he requesting the hernia belt patient also requesting stronger pain medication and requests narcotic pain medication for current medical problems.

Patient also requests biphosphonate and LNS boost drink for history of osteopenia.
 Patient's recent lumbar x-ray on February 12, 2019 and also bone density was on April 10, 2019 was reviewed. Patient have mild osteopenia of the lumbar spine.  Currently he is being treated with vitamin D and calcium supplement.  Patient also been noted to have mild vitamin D deficiency in the blood test with low vitamin D level.  Patient also been given testosterone for his diagnosed hypogonadism to strengthen his bone and treat his low testosterone.  Patient insists that he need biphosphonate and also liquid nutritional supplement as well.

**Review of Systems**
All negative except stated in the HPI.
Patient denied fever and chills night sweats or rigor.
**GI:** Denies nausea, vomiting, diarrhea, constipation, abdominal pain, hematochezia, jaundice. Denied bowel incontinence.

Denies bilateral lower extremity radicular pain, saddle anesthesia, bilateral paresthesias, lower urinary tract symptoms, bowel or bladder dysfunction, fever and chills.

Hypogonadism male
Low bone density
Major depressive disorder, Recurrent episode, With psychotic features
Preventative health care
Spongiotic dermatitis
Undescended testis
Unspecified depressive disorder
Unspecified personality disorder
Vitamin D deficiency
Historical
Adrenal nodule

**Procedure/Surgical History**
Myocardial Perfusion scan (10/08/2018), 2D Echo (05/12/2018), CT and MRI of full Spine (05/12/2018).

**Medications**
 **Active Medications:**
1-acetaminophen 325 mg Tab (Tylenol) 650 mg 2 tab Oral TID NA PRN: pain
1-acetaminophen 325 mg Tab (Tylenol) 650 mg 2 tab Oral TID NA PRN: pain
amLODIPine  5 mg 1 tab Oral BID-KOP KOP
atorvastatin  20 mg 1 tab Oral Once a day at bedtime-KOP KOP
benzoyl peroxide 10% Gel 60 gm (benzoyl peroxide 10% topical gel)  1 app Topical Daily-KOP KOP PRN: acne
1-calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 intl units)  1 tab Oral BID-KOP KOP
capsaicin 0.025%  Cream 60 gm (capsaicin 0.025% topical cream)  1 app Topical BID-KOP KOP PRN: pain
1-doxazosin 1 mg Tab (Cardura)  1 mg 1 tab Oral Daily-KOP KOP
fluocinonide 0.05% Cream 30 gm (fluocinonide 0.05% topical cream)  1 app Topical BID-KOP KOP PRN: rash
ketotifen 0.025% Soln-Opth 5 mL (Zaditor 0.025% ophthalmic solution)  1 drop Both eyes BID-KOP KOP
lisinopril  20 mg 1 tab Oral Daily-KOP KOP
testosterone cypionate 200 mg/1 mL Soln IM (0417-01) (Testosterone Cypionate 200 mg/mL intramuscular solution)  50 mg 0.25 mL Intramuscular TUES DOT

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient:                    **NGUON, HUNG DUONG**
DOB/Age/Birth Gender:    7/8/1976   /   45 years   /   Male        CDCR: K49649

| *Progress Notes* |
| --- |

Previous x-ray done on February 12, 2019 was reviewed just once again which showed mild degenerative changes and no significant scoliosis. And his MRI scan of lumbar spine was done in May 2018 also did not show any significant abnormality except mild degenerative changes of lumbar spine. This time MRI imaging is not indicated. I will have patient complete physical therapy first and also I will repeat 4 views x-ray which may give more information and also further evaluate his claim of significant scoliosis. His request for epidural steroid injection for lumbar spine is not indicated with musculoskeletal low back pain. Is not the treatment of choice..

Ordered:
XR LUMBAR SPINE- 4 VWS

2. Low bone density
   Patient have mild osteopenia of the lumbar spine. Bone density scan on April 10, 2019 C last PCP note. T score 1.2 and Z score 1,1.
   Is currently being treated with calcium with vitamin supplement. And also he is on testosterone hormone replacement treatment which he should also strengthen his bone as well. He was also being referred to endocrinologist for evaluation.
   Time, bisphosphonate is not indicated and also liquid nutritional supplement with Boost is not indicated since patient had no significant weight loss.

3. Hypogonadism male
   Patient currently on testosterone replacement therapy. Will refer patient to endocrinologist for further evaluation and to confirm hypogonadism's and recommend monitoring for his t testosterone treatment

4. Undescended testis
   Patient had pending urologist consultation.
   Emanation did not show any tenderness in his scrotum and inguinal areas to indicate that he need stronger pain medication. I would continue current pain medication with Tylenol and OTC ibuprofen as needed for pain and patient will have further evaluation with urologist to see if further pain medication is needed or surgery is needed to correct his undescended testicle.

5. IH - Inguinal hernia
   On examination I did not appreciated any significant right inguinal hernia, which is confirmed with scrotum ultrasound scan done on December 10, 2019, the fullness in his right inguinal canal most likely due to undescended right testicle which he was referred to urologist for further evaluation. At this time hernia belt is not needed and may cause more harm due to compression pressure to his right testicle.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:   47671843                          Print Date/Time:   10/22/2021 13:50 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit

4

Patient Name: NGUON, HUNG DUONG
Date of Birth: 7/8/1978 00:00 PDT

MRN: 1808858
FIN: 1760007191813130843641

* Auth (Verified) *

# UC**DAVIS**
# **HEALTH**

HOSPITAL
2315 Stockton Boulevard
Sacramento CA 95817-2201

NGUON #*,HUNG
MRN: 1808858
DOB: 7/8/1978, Sex: M

5/12/2018  1:45 AM - Gregory Gurman, RT (continued)

Resulted: 05/11/18 1914, Result status: Final result

CT L-SPINE WITHOUT CONTRAST [192242926] (continued)

levels, including L2, L3, L4, and L5. There is mild multilevel disc degeneration, most pronounced at L5-S1. There is no significant bony spinal canal stenosis.

Prevertebral and paraspinal soft tissues: Normal.

A catheter is present within the partially visualized bladder. The urinary bladder appears distended. Atelectasis is noted within the visualized lungs

IMPRESSION:

No acute vertebral fracture or subluxation within the lumbar spine.

Preliminary Report Electronically Signed By Sukhraj S Kahlon on 5/11/2018 6:51 PM

I have personally reviewed the images of this study and agree with the above report.

Final Report Electronically Signed By Jonathan Young on 5/11/2018 7:14 PM
Specimen Information:

| ID | Type | Source | Collected On |
|---|---|---|---|
| 201805111549 | | | 05/11/18 1849 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 51 - Unknown | iDX | Unknown | Unknown | 10/16/05 1440 - Present |

Patient Release Status:
This result is not viewable by the patient

Radiology Exam/Result Information

| Exam Begin Date | Exam Begin Time | Exam Completed Date | Exam Completed Time | Result Date | Result Time | Status |
|---|---|---|---|---|---|---|
| 5/11/2018 | 17:44 | 5/11/2018 | 18:03 | 5/11/2018 | 19:14 | Final result [3] |

Radiology Exam/Result Information

| Status | Final Date | Reading Radiologist | Provider Type/ologist | Final Radiologist |
|---|---|---|---|---|
| Final | Fri May 11, 2018 7:14 PM | YOUNG, JONATHAN ROBERT [25105] ER RAD, MOCK [09673] KAHLON, SUKHRAJ S [20491] | *PHYSICIAN, FACULTY [5] Physician [1] *PHYSICIAN, RESIDENT [3] | YOUNG, JONATHAN ROBERT [25105] |

Order Information

COPY - Protected Health Information - 05/15/2018 08:10:38-
MEDREC0609



* Auth (Verified) *

# UC**DAVIS**
# HEALTH

HOSPITAL
2315 Stockton Boulevard
Sacramento CA 95817-2201

NGUON #',HUNG
MRN 1803658
DOB 7/8/1976, Sex M

---

5/12/2018  1.45 AM - Gregory Gurman, RT (continued)

MR L-SPINE WITHOUT CONTRAST [192246488]

Electronically signed by Darby Dickton, DO on 05/11/18 1846                          Status  Completed
Ordering user  Darby Dickton, DO 05/11/18 1846                    Ordering provider  Darby Dickton, DO
Authorized by  Lisa Diane Mills, MD
Frequency  ONCE 05/11/18 1845 - 1  Occurrences
Questions
   Does the patient have a cardiac pacemaker or defibrillator? No
   Does the patient have any history of kidney disease? No
   Does the patient have any of the items in the following questions? Answer questions below
   Infusion pump? No
   Aneurysm or PDA clips? No
   Heart valve prosthesis, vascular stent, or coil? No
   Swan Ganz catheter? No
   History of gunshot wound(s)? No
   Wearing trans-dermal medicinal patches ( nicotine,morphine etc.) No
   Swallowed a gastrointestinal camera within past 2 weeks? No
   Other metallic, electronic implants or foreign bodies anywhere? No
   Ordering Physician's Pager # (916)8162183
Order comments
   Signs/Symptoms  Fall with parathesia

Resulted  05/12/18 1250, Result status  Final
result

MR L-SPINE WITHOUT CONTRAST [192246491]

Ordering provider   Darby Dickton, DO  05/11/18 1846          Resulted by    Richard Edward Latchaw, MD
                                                             Mock Er Rad, MD
Performed          05/11/18 2205 - 05/11/18 2258          Resulting lab     Benjamin D Owen, MD
Narrative                                                  IDX
MR L-SPINE WITHOUT CONTRAST
EXAM DATE: 5/11/2018 10:58 PM
COMPARISON. CT L-spine 5/11/2018

INDICATION  Signs/Symptoms  Fall with parathesia

TECHNIQUE  Routine spine without protocol  Sagittal T1, T2 FSE, STIR, axial
T1 and T2

FINDINGS

Alignment  Straightened normal lumbar lordosis

Vertebral body heights and marrow  Normal  Mild degenerative changes of the
intervertebral discs

Conus medullaris  Normal, terminating at L1.

Soft tissues  Normal

At L1-L2  Unremarkable

At L2-L3  Mild facet arthropathy

COPY - Protected Health Information - 05/15/2018 08 10:38-
MEDREC0609

Page 20 of 48

Patient Name: Nguon Hung Kho Tha
Date of Birth: 7.8.1976 0:00 PDT

MRN: K49649
FIN: 1000000191180103K49649

* Auth (Verified) *

# UCDAVIS HEALTH

HOSPITAL
2315 Stockton Boulevard
Sacramento CA 95817-2201

NGUON #* HUNG
MRN: 1808658
DOB: 7/8/1976, Sex: M

5/12/2018  1:45 AM - Gregory Gurman, RT (continued)

MR L-SPINE WITHOUT CONTRAST [192246491] (continued)

Resulted: 05/12/18 1250, Result status: Final
result

At L3-L4: Mild diffuse disc bulge with intervertebral disc height loss. No
significant neural foraminal or spinal canal stenosis.

At L4-L5: Mild bilateral facet arthropathy with small left facet joint
effusion.

At L5-S1: Mild focal protrusion with small annular fissure inyo the right
lateral recess, producing minimal mass effect on the right S1 root. No
significant neural foraminal stenosis or spinal canal stenosis.

IMPRESSION:

1. Mild degenerative changes of the lumbar spine most prominent at
L5-S1.

2. No significant neural foraminal or spinal canal stenosis.

Preliminary Report Electronically Signed By: Benjamin Owen on 5/11/2018
11:12 PM

I have personally reviewed the images of this study and agree with the
above report.

Final Report Electronically Signed By: Richard Latchaw, M.D. on 5/12/2018
12:50 PM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 201805111702 | | | 05/11/18 2305 |

Testing Performed By:

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 51 - Unknown | IDX | Unknown | Unknown | 10/16/05 1440 - Present |

Patient Release Status:
This result is not viewable by the patient.

Radiology Exam/Result Information

| Exam Begin Date | Exam Begin Time | Exam Completed Date | Exam Completed Time | Result Date | Result Time | Status |
|---|---|---|---|---|---|---|
| 5/11/2018 | 22:05 | 5/11/2018 | 22:58 | 5/12/2018 | 12:50 | Final result [3] |

Radiology Exam/Result Information

| Status | Final Date | Reading Radiologist | Provider Typelogist | Final Radiologist |
|---|---|---|---|---|
| Final | Sat May 12 2018 12:50 PM | LATCHAW, RICHARD EDWARD [08320] ER RAD, MOCK [09673] | *PHYSICIAN: FACULTY [5] Physician [1] | LATCHAW, RICHARD EDWARD [08320] |

COPY - Protected Health Information - 05/15/2018 08 10 38-
MEDREC0609

RECEIVED
HCCAC
JAN 2 3 2019

DEC 2 4 2018

RECEIVED
SAC
NOV 2 8 2018

HCGO

Facility: SAC

Patient Name:
Date of Birth: 7/8/1976 10:00 PDT

MRN #
FIN: #

\* Auth (Verified) \*

Nguon #*, Hung (MRN 1903658)

UC DAVIS HEALTH

5/12/2018  1:45 AM - Gregory Gurman, RT (continued)

*Context*
Seatbelted: N/A
*Loss of consciousness:* no
Hypotension prior to arrival:  No
Helmeted: N/A

Mode of transport:  Ambulance

## PAST MEDICAL HISTORY
*PMHx:*
Past Medical History:
Diagnosis                                                                    Date
 • Chronic back pain
 • DJD (degenerative joint disease), lumbar


PSHx:
Past Surgical History:
Procedure                                        Laterality        Date
 • NO SURGICAL HISTORY


Allergies:
Asa [Aspirin]    Nausea/Vomiting
Iodine    Nausea/Vomiting
Oxcarbazepine    Peptic Ulcer

Medications
None

## FAMILY HISTORY
Evaluated and determined to be non-contributory to injury

## SOCIAL HISTORY

Social History

Social History
 • Marital status:              SINGLE
        Spouse name:           N/A
 • Number of children:         N/A
 • Years of education           N/A

Social History Main Topics
 • Smoking status:          None

COPY - Protected Health Information - 05/15/2018 08:10:39-
MEDREC0609



HCGO

* Auth (Verified) *

Nguch #*, Hung (MRN 1808658)

UC DAVIS HEALTH

5/12/2018  1:45 AM - **Gregory Gurman, RT** (continued)
Marital status: SINGLE          Spouse
name:
Years of education:          Number
of children:

Occupational History
None on file

Social History Main Topics
Smoking status: Not on file
  Smokeless status: Not on file
Alcohol use: Not on file
Drug use: Not on file
Sexual activity: Not on file

Other Topics          Concern
None on file

Social History Narrative
05/11/18: Currently incarcerated.

*Review of Systems*
Musculoskeletal: Positive for back pain.
Neurological: Positive for weakness.
All other systems reviewed and are negative.

**TRIAGE VITAL SIGNS:**
Temp: 37 °C (98.6 °F) (05/11/18 1638)
Temp src: Oral (05/11/18 1638)
Pulse: 79 (05/11/18 1638)
BP: (!) 155/94 (05/11/18 1638)
Resp: 13 (05/11/18 1917)
SpO2: 97 % (05/11/18 1638)
Weight: 81.6 kg (180 lb) (05/11/18 1645)

Physical Exam
Nursing notes reviewed. Vital signs reviewed.
BP 148/89 | Pulse 75 | Temp 37.2 °C (99 °F) (Oral) | Resp 13 | Ht 1.727 m (5' 8") | Wt 80.4 kg (177 lb 4 oz) |
SpO2 100% | BMI 26.95 kg/m2
General: No distress
Heent: PERRL. Pupils 5 mm bilaterally. Conjunctiva normal. Sclera anicteric. Globes without trauma.
Atraumatic. No hemotympanum bilaterally. No cephalohematomas
Neck: C collar clinically cleared. No deformities or tenderness.
Cardiac: Regular rate and rhythm. No murmurs rubs gallops.
Lungs: Clear to auscultation bilaterally. Good chest wall rise bilaterally.
Abdomen: Soft. Very mild diffuse tenderness which is baseline for patient. Nondistended. No rebound or
guarding.
Musculoskeletal:
Pelvis stable, nontender
Left lower extremity: +2 pulses. No deformity, edema, effusion or signs of trauma.
COPY - Protected Health Information - 05/15/2018 08:10:39
MEDREC0509

RECEIVED
HCGO
JAN 2 8 2019

RECEIVED
HCGO
DEC 2 4 2018

RECEIVED
HCGO
NOV 2 8 2018

Page 31 of 48

**\* Auth (Verified) \***

████████████████████████████████████████████████████

Nguon #", Hung (MRN 1808658)                                                    UC DAVIS HEALTH

**5/12/2018  1:45 AM - Gregory Gurman, RT (continued)**

**Dispo:** ICU for spine precautions pending final reads, echo pending, anticipate discharge from ICU

**Sean J. Judge, MD**
PGY3, Dept. of Surgery
Personal Pager: 916-816-1749
**Trauma Gold 916-816-5511**
**ACS 916-816-2836**

Electronically signed bySean J Judge, MD on 05/12/18 1101
Electronically signed byDavid Leshikar, MD on 05/12/18 1617
**Chart Review Routing History**
Routing history could not be found for this note. This is because the note has never been routed or because
communication record creation was suppressed.

**Progress Notes**

**SURGICAL CRITICAL CARE  DAILY NOTE**
Primary Team: Trauma Gold
ICU Team: SCC A
5/12/2018

**Reason for ICU admission:** neurologic monitoring

**Hospital Course:  LOS/POD 1**
41 year-old man who presented to the ED on 5/11 with a chief complaint of back, BLE paralysis, and urinary retention
after being found down in his jail cell the previous night. No bladder or bowel incontinence. Presumed LOC. No know
head trauma, no anticoagulation.

**Pertinent Medical and Surgical Hx:**
PMH: degenerative disc disease, scoliosis, myoclonus, urinary retention
PSH: denies
Home medications: denies

**Injuries/Active Problems:**
Bilateral lower extremity paralysis of unknown origin
**Procedures:** none

**Major 24 hour events:**
-Admitted to ICU for neurologic monitoring
-Cervical precautions cleared
-MRI T/L spine. prelim negative for acute injuries, remains in T/L precautions

**Neuro/Spine:**
-24hr events: new-onset BLE paralysis, workup negative at this time, awaiting final MRI reads
-Exam. A&O x3, CN3-12 tested and intact; full sensation in bilateral upper and lower extremities; 5/5 strength in BUE; 2/5
strength in BLE; 2+ reflexes BUE and BLE; Babinkski negative

COPY - Protected Health Information - 05/15/2018 08:10:39-                                    Page 38 of 48
MEDREC0809

RECEIVED
SAC
OCT 2 3 2018
MCGC

\* Auth (Verified) \*

Nguon #\*, Hung (MRN 1808658)                                          UC DAVIS HEALTH

**5/12/2018  1:45 AM - Gregory Gurman, RT (continued)**
represents chronic microvascular change.
- There is also evidence of cerebellar volume loss.
- Old fracture deformity along the anterior wall of the left maxillary sinus and left orbital floor, not significantly changed from the prior CT.
- Old left ZMC fracture, not significantly changed.

Ct L-spine Without Contrast
- No acute vertebral fracture or subluxation within the lumbar spine.

Ct T-spine Without Contrast
- No acute vertebral fracture or subluxation within the thoracic spine

Mr L-spine Without Contrast
1. Mild degenerative changes of the lumbar spine most prominent at L5-S1.
2. No significant neural foraminal or spinal canal stenosis.

Mr T-spine Without Contrast
1. Unremarkable MRI of the thoracic spine.

Radiographic reports reviewed

I attest all incidental findings were discussed with patient and/or their family members, by myself, upon completion of this tertiary exam.

Findings requiring urgent referral and intervention are addressed under Assessment/Plan of this note.

**Incidental Findings**
- 8 mm low-density lesion within the right thyroid lobe

**Assessment/Plan:**

No secondary injuries noted on tertiary exam and imaging review requiring further follow-up.

Continue current plan of care noted in daily progress notes. New findings on tertiary exam will be added to plan of care and continue to be addressed daily in progress notes.

-----------------------------------------------------------------

Updated past medical history, surgical history and medications were updated in patient's profile upon completion of this exam.

-----------------------------------------------------------------

Ellen Cho, M.D.

COPY - Protected Health Information - 05/15/2018 08:10:39-MEDREC0609

Page 43 of 48

RECEIVED
HCCAP
MAR 2 9 2019

RECEIVED
SAC
JAN 1 0 2019
HCGO



## Cervical Vertebrae

C1 - C2  Neck Musculature
C3  Trapezius
C5  Biceps
C6  Wrist Extensors
C7  Triceps
C8  Finger Flexors

## Thoracic Vertebrae

T1  Finger Abductors
T2 - T12  Erector Spinae
Seratus Posterior
Transverse Thoracis
Intercostals
Rectus Abdominus
Obliques
Transverse Abdominus
Quadratus Lumborum

## Lumbar Vertebrae

L1  Psoas Minor
L2  Hip Flexors
L3  Knee Extensors
L4  Ankle Dorsiflexors
L5  Long Toe Extensors

## Sacral Vertebrae

S1 - S4 Bowel, Blader,
Sexual Function

## Coccyx





**Attachment**

Physical Therapy Progress Note
* Final Report *

NGUON, HUNG DUONG - K49649

## * Final Report *

## PHYSICAL THERAPY EVALUATION

S:    Patient fell down stairs in 2007 and has had LBP since that time.

He reports he eases with physical therapy and pain medication.

Present symptoms 10/10 LBP. Fairly constant L4 wrap around the hip pain on the R with S1 dermatomal pain

down leg to the foot.

+ Cough/sneeze

Aggravating positions: sitting prolonged > 30 minutes more than prolonged standing; walking and bending

Easing position = lying in extension

O:    Posture
Mild scoliosis with gross thoracic kyphosis

Movement testing in standing                          Lying
FIS = knee (central LBP moderale)**                   SKC, DKC = aggravating pain
EIS = 10 degrees
SB = thigh (central LBP, mild)

Dural tension
- CS flexion
+ R SLR 30 degrees
- L SLR 60 degrees

Palpation
+ spasm in thoracolumbar paraspinals

IV PA = L5,S! (remarkable)

A:    Patient was given HEP of prone press ups, EIS when in groups, HS stretching in supine with sheet and prone
knee flexion.

Patient would benefit from lumbar support to decrease pain.

| | |
|---|---|
| Result type: | Physical Therapy Progress Note |
| Result date: | March 20, 2018 13:26 PDT |
| Result status: | Auth (Verified) |
| Result title: | Chronic LBP - 2007 |
| Performed by: | Shepherd, Loretta Lic PT on March 20, 2018 13:37 PDT |
| Verified by: | Shepherd, Loretta Lic PT on March 20, 2018 13:37 PDT |
| Encounter info: | 10000001911801030K49649, SAC, Institutional Encounter, 03/12/14 - |

RECEIVED
HCC&R
NOV 2 1 2018

RECEIVED
S.
SEP 11 2 J
H.

Printed by:    ███████
Printed on:    8/15/2018 10:41 PDT

Page 1 of 2
(Continued)

**SAC - California State Prison, Sacramento**

# Attachment

Patient:     **NGUON, HUNG DUONG**
DOB/Age/Sex:  7/8/1976  / 42 years  / Male          CDCR: K49649

| *Progress Notes* |
| --- |

Platelet: 336 (07/12/18 PDT)

CT of the C-spine showed: No acute vertebral fracture or subluxation within the cervical spine 8mm low-density lesion within the right thyroid lobe. There were scattered bilateral cervical lymph nodes, all subcentimeter and not significant by CT criteria.
CT of the lumbar spine shows mild multilevel disc degeneration most pronounced at L5-S1 without significant bony or spinal canal stenosis. Thoracic and lumbar spine CT showed mild chronic-appearing body height loss at multiple levels. T7/T8. There were hypodense foci within multiple vertebral bodies including T9 and T11 with possibility of Osos hemangioma,.
MRI of the forcing his spine showed normal alignment of the spine. Vertebral body heights and morrow was normal. No evidence of disc disease.
MRI of the lumbar spine showed mild facet atrophy at L2 and L3. Mild diffuse disc bulge with intervertebral disc height loss at L3 and L4. Mild bilateral facet atrophy with a small left facet joint effusion at the L4-L5.
At L5-S1 there was marked focal protrusion of the disc with a small annular fissure into the right lateral recess. There was minimal mass effect on the right S1 root.

**Assessment/Plan:**

DISCHARGE DIAGNOSIS

Diagnosis: **1.** Chest pain
        This is noncardiac. Possibly musculoskeletal due to the patient's back issues. The patient denies any heartburn. Feels that the back brace has helped his pain. Would observe for now.

Diagnosis: **2.** Compression fracture of spine
        Considering the patient's history of testosterone deficiency, he will benefit from a bone density test. He might need to use anti-osteoporotic medications.
        Ordered: Request for Specialty Unlisted; 10/18/18 0:01:00 PDT, Routine, Specialty Unlisted, Compression fractures. See order comments, Ambulatory, No, No, Standard Precautions, 01/16/19 23:59:00 PST

Diagnosis: **3.** Adrenal nodule
        This is incidental finding. I will get up for hormonal function. If there is no hormonal abnormality, we Monitor the CT/nodule size as is recommended.

Diagnosis: **4.** Thyroid nodule
        This was not confirmed on sonogram. The patient's thyroid function test is normal. The reported lymph nodes or were some but there is nothing palpable on exam. Would continue periodical clinical evaluation. If anything palpable a thyroid scan might be reasonable

Diagnosis: **5.** Noncompliance
        I encouraged the patient to be more compliant with his appointments considering his multiple medical problems. He just recently refuses a urology visit and I ask him why, and he could not provide an accurate and reasonable answer. He told me that he was suspicious that someone "messed with him my testosterone, and I got sick when I had the shot. I never had a problem with it". I ask him how this is a good reason not to go see the urologist due to his testicular problems and he did not provide any answers.

Diagnosis: **6.** Chronic back pain
        The patient's medications were reviewed in a polypharmacy review. Celebrex interacts with perphenazine/ACE inhibitor/diuretics. Hydrocodone as a was discontinued and the patient was started on higher dose on amlodipine, and his blood pressure is controlled. Today

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  13273621                          Print Date/Time:  12/6/2018 11:58 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

# Attachment

**SAC - California State Prison, Sacramento**

Patient:    **NGUON, HUNG DUONG**
DOB/Age/Sex:  7/8/1976  / 41 years  / Male        CDCR: K49649

| Assessment Forms |
|---|

*Responsible Provider:* Soltanian-Zadeh, Jalal P&S;
*Vocabulary:* SNOMED CT

Lumbar spine scoliosis
(SNOMED CT
:439375011 )

*Name of Problem:* Lumbar spine scoliosis ; *Recorder:*
Soltanian-Zadeh, Jalal P&S; *Confirmation:* Confirmed ;
*Classification:* Medical ; *Code:* 439375011 ; *Contributor
System:* PowerChart ; *Last Updated:* 4/3/2018 08:35 PDT ;
*Life Cycle Date:* 4/3/2018 ; *Life Cycle Status:* Active ;
*Responsible Provider:* Soltanian-Zadeh, Jalal P&S;
*Vocabulary:* SNOMED CT
; *Comments:*

5/18/2018 10:01 - Soltanian-Zadeh, Jalal P&S
See notes on 5/17/2018. Patient was seen in TTA on 5/11/2018
complaining of bilateral lower extremities paralysis, was sent to
UC Davis and had an extensive unremarkable workup done.
His workup included CT scans of head cervical thoracic and
lumbar spines. Also MRI of thoracic and lumbar spines. Also
transthoracic echocardiogram. All unremarkable. Patient was
ambulating at the hospital without any issues, his paralysis
resolved spontaneously and he was returned back to the
institution. Patient was asking for gabapentin.

Nummular eczematous
dermatitis (SNOMED CT
:135070019 )

*Name of Problem:* Nummular eczematous dermatitis ;
*Recorder:* Soltanian-Zadeh, Jalal P&S; *Confirmation:*
Confirmed ; *Classification:* Medical ; *Code:* 135070019 ;
*Contributor System:* PowerChart ; *Last Updated:* 12/27/2017
14:17 PST ; *Life Cycle Date:* 12/27/2017 ; *Life Cycle Status:*
Active ; *Responsible Provider:* Soltanian-Zadeh, Jalal P&S;
*Vocabulary:* SNOMED CT

Pain (SNOMED CT
:2162242017 )

*Name of Problem:* Pain ; *Recorder:* Mohyuddin, Aliasghar
P&S; *Confirmation:* Confirmed ; *Classification:* Medical ;
*Code:* 2162242017 ; *Contributor System:* PowerChart ; *Last
Updated:* 6/19/2017 12:33 PDT ; *Life Cycle Date:* 6/19/2017 ;
*Life Cycle Status:* Active ; *Responsible Provider:* Mohyuddin,
Aliasghar P&S; *Vocabulary:* SNOMED CT

Schizophrenia, paranoid,
chronic (SNOMED CT
:52897013 )

*Name of Problem:* Schizophrenia, paranoid, chronic ;
*Recorder:* Sherinian, Sharon Social Worker; *Confirmation:*
Confirmed ; *Classification:* Medical ; *Code:* 52897013 ;
*Contributor System:* PowerChart ; *Last Updated:* 9/18/2017
10:53 PDT ; *Life Cycle Date:* 9/18/2017 ; *Life Cycle Status:*
Active ; *Vocabulary:* SNOMED CT
; *Comments:*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



Thang Duong Nguyen
X-49648, C-11-223
RJD Correctional Facility
480 Alta Road
San Diego, CA 92179

Confidential
Legal Mail

RECEIVED
BAJCH
MAY 08 2020

Health Care Correspondence
and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

Exhibit

5

RJD - RJ Donovan Correctional Facility

Patient: **NGUON, HUNG DUONG**
DOB/Age/Sex: 7/8/1976  / 44 years  / Male          CDCR: K49649

## *Progress Notes*

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Office Visit Note |
| Service Date/Time: | 3/2/2020 13:06 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Casian,Gina P&S (3/2/2020 13:20 PST) |
| Sign Information: | Casian,Gina P&S (3/2/2020 13:20 PST) |
| Authentication Information: | Casian,Gina P&S (3/2/2020 13:20 PST) |

**Chief Complaint**
requesting narcotics and referral to orthopedic/ orthotics (pain-back,toes)

**History of Present Illness**
This is a 43-year-old male with chronic pain and schizophrenia referred by RN requesting narcotics and referral to orthotics .
The patient has mild lumbar spine osteopenia treated with vitamin D.
Today he complains of lower back pain and multiple falls. The falls are unwitnessed . The pain does not radiate, the patient does not report numbness or tingling in his legs. No difficulty with ADLs. No fever or chills. No recent IV drug use.
The patient also complained of pain in his toes and black toenails. The patient is requesting referral to podiatry.

**Review of Systems**
Review of systems: negative except as noted above.

**Physical Exam**

Vitals & Measurements
T: 36.2 °C (Oral) HR: 62 (Peripheral) RR: 16 BP: 126/77 SpO2: 100%
WT: 82.1 kg WT: 82.1 kg (Wt dosing)
General: alert, oriented to time, date and place; in no apparent distress; ambulates without difficulty
Eyes: pupils were equal, round and reactive to light; full and equal ocular motility
HEENT: tympanic membranes were not bulging/erythematous and without perforation; nasal turbinates were not boggy; pharynx was free of lesions or erythema; no cervical adenopathy; thyroid was not enlarged and was without nodules
CV: regular rate, rhythm; no murmurs were appreciated, no peripheral edema or cyanosis
Respiratory: clear to auscultation bilaterally; no wheezing or rales
Gastrointestinal: normal bowel sounds, not tender, not distended; no hepatosplenomegaly
Musculoskeletal: symmetric muscularity, normal range of motion, no gross deformities
Extremities : no edema or cyanosis ; dorsalis pedis and posterior tibial pulse intact
Skin: Discolored, deformed, ingrown toenails bilaterally, tender to palpation; no periungual erythema, no blood or pus discharge

**Problem List/Past Medical History**
Ongoing
   Chronic back pain
   Chronic lower back pain
   Chronic pain in testicle
   Cryptochidism
   Essential hypertension
   Hyperlipidemia
   Hypogonadism male
   Low bone density
   Major depressive disorder, Recurrent
   episode, With psychotic features
   Onychomycosis of toenail
   Spongiotic dermatitis
   Undescended testis
   Unspecified depressive disorder
   Unspecified personality disorder
   Vitamin D deficiency
Historical
   Adrenal nodule
   Complex care needs
   Difficulty chewing
   Pain
   Preventative health care
   Thyroid nodule

**Procedure/Surgical History**
Myocardial Perfusion scan (10/08/2018), 2D Echo (05/12/2018), CT and MRI of full Spine (05/12/2018).

**Medications**
**Active Medications:**
1-acetaminophen 325 mg Tab (Tylenol) 650 mg 2 tab Oral TID NA PRN: pain
amLODIPine 5 mg 1 tab Oral BID-KOP KOP
atorvastatin 20 mg 1 tab Oral Once a day at bedtime-KOP KOP
benzoyl peroxide 10% Gel 60 gm (benzoyl peroxide 10% topical gel) 1 app Topical

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33128595                    Print Date/Time:  9/15/2020 11:19 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit

6

**RJD - RJ Donovan Correctional Facility**

Patient:      **NGUON, HUNG**
DOB/Age/Sex:  7/8/1976   / 43 years    / Male          CDCR: K49649

---

| *Diagnostic Radiology* |
|---|

**Report**
ORDERING PHYSICIAN:  T. Luu
Service Date:  04/17/2020

CLINICAL INDICATION: s/p fall
COMPARISON: None
TECHNIQUE: 4 left wrist radiographs.

FINDINGS: There is no acute fracture or dislocation. There are no significant
degenerative changes.

IMPRESSION: No acute osseous abnormality.

Electronically Signed by: MLaufik, MD

Date Signed: 4/17/2020 10:37 AM

---

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| | 1/28/2020 14:20 PST | XR LUMBAR SPINE-4 VWS | Chau,John P&S | Auth (Verified) |

**Report**

PATIENT NAME:  HUNG NGUON
MRN:   11801030
DOB:   07/08/1976
ACCOUNT:  1000000351801030K49649
ORDERING PHYSICIAN:  J. Chau
Service Date:  01/28/2020

CLINICAL INDICATION: Back pain chronic, questionable scoliosis, osteopenia of
lumbar spine

COMPARISON: 2/12/2019

FINDINGS:

The gross alignment of the spine is within normal limits. The vertebral bodies
are intact without fracture. Mild degenerative changes are present. The
visualized portions of the sacroiliac joints are unremarkable. Bone
mineralization is within normal limits.

IMPRESSION:

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  29125365                                    Print Date/Time:  5/14/2020 15:16 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient:          **NGUON, HUNG**
DOB/Age/Sex:  7/8/1976    / 43 years      / Male              CDCR: K40649

| Diagnostic Radiology |
|:---:|

**Report**

MILD DEGENERATIVE SPONDYLOSIS

Electronically Signed by: CSchultz, MD

Date Signed: 1/28/2020 2:20 PM

| Interventional |
|:---:|

No data exists for this section

| Magnetic Resonance Imaging |
|:---:|

No data exists for this section

| Nuclear Medicine |
|:---:|

No data exists for this section

| Ultrasound |
|:---:|

No data exists for this section

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   29125365                              Print Date/Time:   5/14/2020 15:16 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Exhibit

7

* Auth (Verified) *

Nguon #*, Hung (MRN 1808658)                                                    UC DAVIS HEALTH



K49649

**After Hospital Summary (for patient)**
**5/11/2018**                                                          Hung Nguon #*  | MRN: 1808658

**About your hospitalization**

| You were discharged on: May 12, 2018 | You last received care in the: T2 SURGICAL ICU I |

Thank you for trusting UC Davis Health with your health care needs. It was a privilege to take care of you. We want you to know that our partnership with you to maintain your health and comfort doesn't end when you are discharged from the hospital.

**Hospital Information**

**Patient Instructions**

### DISCHARGE INSTRUCTIONS

**MEDICATIONS**
- Resume all home medications as directed.
- You make take Tylenol (acetaminophen) PRN for pain. If you are taking Tylenol containing medicines at home, **be sure NOT to exceed 4 gram's (4000 milligrams) of Tylenol per day.**

**ACTIVITY**
- Resume normal activity

**RETURN**
- Follow up with your PCP in 1 week and as needed to discuss Gabapentin and incidental findings as outlined below.
- Go to the Emergency Department near you for any symptoms such as fevers with temperature greater than 101.5 F, chills, persistent nausea and vomiting, severe pain not controlled with medications, pus drainage from the wound site, changes in mental status or for any acute problems or illnesses.
- You may call the Surgery Clinic at 916-734-2680 with questions or concerns.

**You were found to have incidental findings not related to your trauma. You will need to discuss these findings with your regular doctor. You may need additional imaging or follow up. A copy of the radiology report can be found below for your reference and to share with your doctor. It is important not to neglect these findings.**
8 mm low-density lesion within the right thyroid lobe

**Discharge Services Arranged For You**

No notes of this type exist for this encounter.

COPY - Protected Health Information - 05/12/2018 18:01:16-MHSP1551                    Page 1 of 3

Exhibit

8

RJD - RJ Donovan Correctional Facility

Patient: **NGUON, HUNG DUONG**
DOB/Age/Sex: 7/8/1976   / 44 years   / Male        CDCR: K49649

## Progress Notes

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Office Visit Note |
| Service Date/Time: | 4/15/2020 12:06 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Luu,Tri P&S (4/15/2020 12:09 PDT) |
| Sign Information: | Luu,Tri P&S (4/15/2020 12:09 PDT) |
| Authentication Information: | Luu,Tri P&S (4/15/2020 12:09 PDT) |

**Chief Complaint**
wrist pain, IP claiming fall, no abnormalities identified on exam.

**History of Present Illness**
43 IP here for f/u

IP had a mechanical fall about 2 weeks ago, landed on his left hand. c/o pain, swelling and felt the bone "sticking out". no loss of consciousness. Since then pain and swelling improved but still present especially with active ROM.

**Physical Exam**

Vitals & Measurements
**T:** 36.7 °C (Oral) **HR:** 73 (Peripheral) **RR:** 16 **BP:** 131/71 **SpO2:** 97%
**WT:** 81.2 kg **WT:** 81.2 kg (Wt dosing)
GENERAL: Awake, alert, non-distress. Not appear to be in acute pain
SKIN: No rash, petechiae
HEENT: Mouth clear
NECK: Supple. No lymphadenopathy
HEART: Regular rate and rhythm, no murmurs.
LUNGS: Good air movement. No wheezing, crackling.
ABDOMEN: soft, non-tender, non-distended. + Bowel sounds
EXTREMITY: no pedal edema, pedal pulses present

MSK: ROM at left wrist is full but elicits pain. no effusion. no e/o trauma, bone "sticking out".
Strength preserved

**Assessment/Plan**
Chronic pain
    Left wrist 2/2 mechanical fall. IP claimed it's because of back pain. MRI and CT lumbar showed mild DDD. no scoliosis.
Pain is likely 2/2 strain/sprain.
Conservative management: stretch & exercise as tolerated.
Topical Voltaren. APAP prn
XR to r/o fx.

**Problem List/Past Medical History**
Ongoing
    Antisocial personality disorder
    Chronic pain in testicle
    Essential hypertension
    Hyperlipidemia
    Hypogonadism male
    Low bone density
    Narcissistic personality disorder
    Undescended testicle Right
    Unspecified anxiety disorder
Historical
    Adrenal nodule
    Complex care needs
    Difficulty chewing
    Pain
    Preventative health care
    Thyroid nodule

**Procedure/Surgical History**
Myocardial Perfusion scan (10/08/2018), 2D Echo (05/12/2018), CT and MRI of full Spine (05/12/2018).

**Medications**
 Active Medications:
1-acetaminophen 325 mg Tab (Tylenol)  650 mg 2 tab Oral TID NA PRN: pain
amLODIPine  5 mg 1 tab Oral BID-KOP KOP
atorvastatin  20 mg 1 tab Oral Once a day at bedtime-KOP KOP
benzoyl peroxide 10% Gel 60 gm (benzoyl peroxide 10% topical gel)  1 app Topical Daily-KOP KOP PRN: acne
1-calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 intl units)  1 tab Oral BID-KOP KOP
diclofenac 1% Gel 100 gm (Voltaren) (Voltaren 1% topical gel)  4 gm 2 app Topical QID-KOP KOP

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

WARNING: This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit

9

HUNG NGUON
K49649

**YOUR TEST RESULTS HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:**

Your test results are essentially within normal limits or are unchanged and no provider follow-up is required. XR 4/17/20

Luu, Tri P&S

Sincerely,

California Correctional Health Care Services

# Exhibit

# 10

RJD - RJ Donovan Correctional Facility

Patient: **NGUON, HUNG DUONG**
DOB/Age/Sex: 7/8/1976   / 44 years   / Male          CDCR: K49649

## *Miscellaneous/Send Out*

Result Comments
f4:      Testosterone Lvl

For additional information, please refer to
http://education.questdiagnostics.com/faq/Total
TestosteroneLCMSMS
(This link is being provided for informational/e
ducational purposes only.)

This test was developed and its analytical performance
characteristics have been determined by Quest
Diagnostics. It has not been cleared or approved by the
FDA. This assay has been validated pursuant to the CLIA
regulations and is used for clinical purposes.
Lab test performed by:
Lab Mnemonic: 05D0550302
QUEST DIAGNOSTICS NICHOLS VALENCIA
27027 TOURNEY ROAD
VALENCIA, CA 91355-5386
JON M NAKAMOTO

## *Diagnostic Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| | 4/17/2020 10:37 PDT | XR WRIST LEFT-3 VWS | Luu,Tri P&S | Auth (Verified) |

**Report**

```
PATIENT NAME:  HUNG NGUON
MRN:  11801030
DOB:  07/08/1976
ACCOUNT:  10000003511801030K49649
ORDERING PHYSICIAN:  T. Luu
Service Date:  04/17/2020

CLINICAL INDICATION: s/p fall
COMPARISON: None
TECHNIQUE: 4 left wrist radiographs.

FINDINGS: There is no acute fracture or dislocation. There are no significant
degenerative changes.

IMPRESSION: No acute osseous abnormality.
```

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33128595                          Print Date/Time:  9/15/2020 11:19 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient:     **NGUON, HUNG DUONG**
DOB/Age/Sex:   7/8/1976    / 44 years    / Male          CDCR: K49649

## *Diagnostic Radiology*

### Report

Electronically Signed by: MLaufik, MD

Date Signed: 4/17/2020 10:37 AM

## *Magnetic Resonance Imaging*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| | 8/18/2020 11:48 PDT | MRI WRIST LEFT W/O CTRST | Luu,Tri P&S | Auth (Verified) |

### Report

```
PATIENT NAME:  HUNG NGUON
MRN:  11801030
DOB:  07/08/1976
ACCOUNT:  1000000351180103 K49649
ORDERING PHYSICIAN:  T. Luu
Service Date:  08/18/2020

MRI WRIST LEFT W/O CONTRAST
```

Clinical History: 43M with chronic left wrist pain after falling several months ago. XR neg for fx. failed oral APAP and topical Voltaren. exam w/o swelling, +small bony protrusion, ROM and sensation intact but eliciting pain with movements. +crepitus. Needs MRI to evaluat

Technique: Axial long TR, sagittal short TR, and coronal 3D SPGR, MPGR, and T2 fat-sat images of the wrist.

Comparison: Left wrist x-ray of April 17, 2020.

Findings:

Triangular fibrocartilage: No radial, central, or ulnar-sided triangular fibrocartilage perforation.

Interosseous ligaments: The scapholunate and lunotriquetral interosseous ligaments are intact. Sagittal images show grossly normal carpal alignment. The extrinsic ligaments are normal.

Osseous structures: Mild wrist joint and intercarpal arthritis. No fracture.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33128595                              Print Date/Time:  9/15/2020 11:19 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

RJD - RJ Donovan Correctional Facility

Patient: **NGUON, HUNG DUONG**
DOB/Age/Sex: 7/8/1976   / 44 years   / Male          CDCR: K49649

| *Magnetic Resonance Imaging* |
|---|

## Report

Articulations: No joint effusions or focal hyaline cartilage defects are present. No synovial thickening is observed.

Tendons: There is abnormal thickening and hyperintensity associated with the first extensor tendon compartment at the level of the radial styloid including the abductor pollicis longus and extensor pollicis brevis tendons. The findings are compatible with De Quervain tenosynovitis.

Miscellaneous soft tissues: No volar or dorsal ganglion cysts.

Impression:
1. Intact triangular fibrocartilage and interosseous ligaments.
2. No fracture.
3. De Quervain tenosynovitis
4. No ganglion cyst.

Electronically Signed by: RWaters, MD

Date Signed: 8/18/2020 11:48 AM

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33128595                    Print Date/Time:  9/15/2020 11:19 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit

11

Patient education materials

# Wrist Pain

There are many things that can cause wrist pain. Some common causes include:



© SILF & ASSOCIATES, INC., 2008

- An injury to the wrist area, such as a sprain, strain, or fracture.
- Overuse of the joint.
- A condition that causes increased pressure on a nerve in the wrist (*carpal tunnel syndrome*).
- Wear and tear of the joints that occurs with aging (*osteoarthritis*).
- A variety of other types of arthritis.

Sometimes, the cause of wrist pain is not known. The pain often goes away when you follow your health care provider's instructions for relieving pain at home. If your wrist pain continues, tests may need to be done to diagnose your condition.

## HOME CARE INSTRUCTIONS

Pay attention to any changes in your symptoms. Take these actions to help with your pain:

- Rest the wrist area for at least 48 hours or as told by your health care provider.
- If directed, apply ice to the injured area:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times per day.
- Keep your arm raised (*elevated*) above the level of your heart while you are sitting or lying down.

- If a splint or elastic bandage has been applied, use it as told by your health care provider.
  - Remove the splint or bandage only as told by your health care provider.
  - Loosen the splint or bandage if your fingers become numb or have a tingling feeling, or if they turn cold or blue.
- Take over-the-counter and prescription medicines only as told by your health care provider.
- Keep all follow-up visits as told by your health care provider. This is important.

## SEEK MEDICAL CARE IF:

- Your pain is not helped by treatment.
- Your pain gets worse.

## SEEK IMMEDIATE MEDICAL CARE IF:

- Your fingers become swollen.
- Your fingers turn white, very red, or cold and blue.
- Your fingers are numb or have a tingling feeling.
- You have difficulty moving your fingers.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 09/27/2006 Document Revised: 09/07/2016 Document Review ed: 05/04/2016
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

# Chronic Pain

Chronic pain can be defined as pain that is off and on and lasts for 3–6 months or longer. Many things cause chronic pain, which can make it difficult to make a diagnosis. There are many treatment options available for chronic pain. However, finding a treatment that works well for you may require trying various approaches until the right one is found. Many people benefit from a combination of two or more types of treatment to control their pain.

## SYMPTOMS

Chronic pain can occur anywhere in the body and can range from mild to very severe. Some types of chronic pain include:

- Headache.
- Low back pain.
- Cancer pain.
- Arthritis pain.
- Neurogenic pain. This is pain resulting from damage to nerves.

People with chronic pain may also have other symptoms such as:

- Depression.
- Anger.
- Insomnia.
- Anxiety.

**RJD - RJ Donovan Correctional Facility**

Patient: **NGUON, HUNG DUONG**
DOB/Age/Sex: 7/8/1976   / 44 years   / Male          CDCR: K49649

## *Progress Notes*

Document Type:                              Outpatient Progress Note
Document Subject:                           Office Visit Note
Service Date/Time:                          9/8/2020 12:43 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Luu,Tri P&S (9/8/2020 12:53 PDT)
Sign Information:                           Luu,Tri P&S (9/8/2020 12:53 PDT)
Authentication Information:                 Luu,Tri P&S (9/8/2020 12:53 PDT)

**Chief Complaint**
inner thigh lump, speak with PCP about methylprednisolone. RAP

**History of Present Illness**
44M here for f/u

1. c/o small lump at left inner thigh. noticed about a month ago. not growing. IP tried to pick it with paper clip. No discharge open wound. No pain.
2. Left De Quervain Tenosynovitis : s/p Medrol dose pack. IP concerned about taking steroid, "it makes my immuned system weak" He completed the course. c/o pain is not controlled, wants ice pack, PT and orthopedics referral. Denies swelling, acute weakness, +pain associated with full ROM at wrist, not able to pick up heavy objects. +brace.

**Physical Exam**
  Vitals & Measurements
**T:** 36.9 °C  (Temporal Artery)  **HR:** 73 (Peripheral)  **RR:** 16  **BP:** 113/77  **SpO2:** 98%
**WT:** 80.1 kg  **WT:** 80.1 kg (Wt dosing)
GENERAL: Awake, alert, non-distress. Not appear to be in acute pain
SKIN: small hard/rubbery mass under the skin, no ttp at left inner thigh. small black discoloration. no open wounnd
HEART: Regular rate and rhythm, no murmurs.
LUNGS: Good air movement. No wheezing, crackling.
ABDOMEN: soft, non-tender, non-distended. + Bowel sounds
EXTREMITY: no pedal edema, pedal pulses present

MSK: left wrist with brace. strength preserved. no effusion, swelling. fingers well perfused.

**Assessment/Plan**
# small bump at inner thigh: likely Lipoma vs. epidermoid cyst
- Monitor for changes in size, shape color.

# RAP: Orthopedics, ice pak and PT for left De Quervain tenosynovitis:
- continue wrist brace.
- Voltaren gel: instructed IP to message gel in 4 times a day
- ROM as tolerated

**Problem List/Past Medical History**
  Ongoing
    Antisocial personality disorder
    Essential hypertension
    Hyperlipidemia
    Hypogonadism male
    Low bone density
    Narcissistic personality disorder
    Undescended testicle Right
    Unspecified anxiety disorder
  Historical
    Adrenal nodule
    Complex care needs
    Difficulty chewing
    Pain
    Preventative health care
    Thyroid nodule

**Procedure/Surgical History**
Myocardial Perfusion scan (10/08/2018), 2D Echo (05/12/2018), CT and MRI of full Spine (05/12/2018)

**Medications**
 Active Medications:
amLODIPine  5 mg 1 tab Oral BID-KOP KOP
atorvastatin  20 mg 1 tab Oral Once a day at bedtime-KOP KOP
benzoyl peroxide 10% Gel 60 gm (benzoyl peroxide 10% topical gel)  1 app Topical Daily-KOP KOP PRN: acne
1-calcium carbonate-D3 500 mg-200 unit Tab (calcium-vitamin D 500 mg-200 intl units)  1 tab Oral BID-KOP KOP
diclofenac 1% Gel 100 gm (Voltaren) (Voltaren 1% topical gel)  4 gm 2 app Topical QID-KOP KOP
1-doxazosin 1 mg Tab (Cardura)  1 mg 1 tab Oral Daily-KOP KOP
fluocinonide 0.05% Cream 30 gm

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   36978803                          Print Date/Time:   1/8/2021 14:26 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient:    **NGUON, HUNG DUONG**
DOB/Age/Sex:  7/8/1976  / 44 years  / Male      CDCR: K49649

| *Progress Notes* |
|---|

- will refer to PT
- Explained to IP the ice pak and orthopedics are not indicated at this time. (no swelling, obvious e/o inflammation). Try conservative management first.

(fluocinonide 0.05% topical cream)  1 app
Topical BID-KOP KOP PRN: rash
ketotifen 0.025% Soln-Opth 5 mL (Zaditor 0.025% ophthalmic solution)  1 drop Both eyes
BID-KOP KOP
lisinopril  20 mg 1 tab Oral Daily-KOP KOP
testosterone cypionate 200 mg/1 mL Soln IM (0417-01) (Testosterone Cypionate 200 mg/mL intramuscular solution)  50 mg 0.25 mL
Intramuscular TUES DOT

**Allergies**
indomethacin

**Social History**
Employment/School
    Highest education level: High school.
    Special Education Classes No.

**Encounter Info:** Patient Name: HUNG NGUON,DOB: 07/08/1976,CDCR: K49649,FIN: 10000003511801030K49649,Facility: RJD,Encounter Type: Institutional Encounter

---

Document Type:            Outpatient Progress Note
Document Subject:       Free Text Note
Service Date/Time:       9/2/2020 15:09 PDT
Result Status:           Auth (Verified)
Perform Information:     Luu,Tri P&S (9/2/2020 15:09 PDT)
Sign Information:        Luu,Tri P&S (9/2/2020 15:09 PDT)
Authentication Information:  Luu,Tri P&S (9/2/2020 15:09 PDT)

IP was not seen today as scheduled in clinic. IP was not brought in by custody due to time constraint
Chart reviewed. will reschedule

**Encounter Info:** Patient Name: HUNG NGUON,DOB: 07/08/1976,CDCR: K49649,FIN: 10000003511801030K49649,Facility: RJD,Encounter Type: Institutional Encounter

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   36978803           Print Date/Time:   1/8/2021 14:26 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit

12

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)
Page 1 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|

| PATIENT SIGNATURE | DATE |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                              Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:        T:          P:          R:          BP:          WEIGHT:

A:

P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|

| COMPLETED BY | NAME OF INSTITUTION |
|---|---|

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME  COMPLETED |
|---|---|---|

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.*

Distribution:  Original - Health Record : Copy - Patient

Exhibit

13

RJD - RJ Donovan Correctional Facility

Patient: **NGUON, HUNG DUONG**
DOB/Age/Sex: 7/8/1976   / 44 years   / Male          CDCR: K49649

## Progress Notes

**Encounter Info:** Patient Name: HUNG NGUON,DOB: 07/08/1976,CDCR: K49649,FIN: 10000003511801030K49649,Facility: RJD,Encounter Type: Institutional Encounter

Document Type:                              Outpatient Progress Note
Document Subject:                           Office Visit Note
Service Date/Time:                          4/20/2020 14:15 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Luu,Tri P&S (4/20/2020 14:28 PDT)
Sign Information:                           Luu,Tri P&S (4/20/2020 14:28 PDT)
Authentication Information:                 Luu,Tri P&S (4/20/2020 14:28 PDT)

**Chief Complaint**
HC 20000308

**History of Present Illness**
43M here for HC 20000308

1. Disagree with tx by EOP PCP. IP was asking for steroid injection due to chronic back pain. CT and MRI 5/2018 showed no e/o scoliosis, fracture but IP insisted there was fracture and he was on Tramadol for it. XR back did not show any e/o fracture, OA since.
2. IP was asking for egg crate mattress due to back pain
3. IP was asking for chrono, so he does not have to work due to ongoing back pain and recent left wrist pain. XR 4/2020 neg for fx, OA

Denies incontinence, weakness of extremities, sensation loss, wt loss, f/c.

**Problem List/Past Medical History**
Ongoing
  Antisocial personality disorder
  Chronic pain in testicle
  Essential hypertension
  Hyperlipidemia
  Hypogonadism male
  Low bone density
  Narcissistic personality disorder
  Undescended testicle Right
  Unspecified anxiety disorder
Historical
  Adrenal nodule
  Complex care needs
  Difficulty chewing
  Pain
  Preventative health care
  Thyroid nodule

**Physical Exam**
  Vitals & Measurements
T: 36.4 °C (Oral) **HR:** 72 (Peripheral) **RR:** 16 **BP:** 123/76 **SpO2:** 98%
**WT:** 80.8 kg **WT:** 80.8 kg (Wt dosing)
GENERAL: Awake, alert, non-distress. Not appear to be in acute pain. walking with normal gait.
SKIN: No rash, petechiae
HEENT: Mouth clear
NECK: Supple. No lymphadenopathy
HEART: Regular rate and rhythm, no murmurs.
LUNGS: Good air movement. No wheezing, crackling.
ABDOMEN: soft, non-tender, non-distended. + Bowel sounds
EXTREMITY: no pedal edema, pedal pulses present

**Procedure/Surgical History**
Myocardial Perfusion scan (10/08/2018), 2D Echo (05/12/2018), CT and MRI of full Spine (05/12/2018).

**Medications**
 Active Medications:
1-acetaminophen 325 mg Tab (Tylenol)  650 mg 2 tab Oral TID NA PRN: pain
amLODIPine  5 mg 1 tab Oral BID-KOP KOP
atorvastatin  20 mg 1 tab Oral Once a day at bedtime-KOP KOP
benzoyl peroxide 10% Gel 60 gm (benzoyl peroxide 10% topical gel)  1 app Topical Daily-KOP KOP PRN: acne
1-calcium carbonate-D3 500 mg-200 unit Tab

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33128595                              Print Date/Time:  9/15/2020 11:19 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient: **NGUON, HUNG DUONG**
DOB/Age/Sex: 7/8/1976   / 44 years   / Male          CDCR: K49649

| *Progress Notes* |
|---|

MSK: ROM at left wrist is full but elicits pain. no effusion. no e/o trauma, bone "sticking out". Strength preserved. NO ttp at back. no e/o scoliosis on exam. ROM intact. refused straight leg test.

**Assessment/Plan**
# HC 20000308:
- Agree with EOP PCP regarding treatment of his chronic back pain (imaging neg) with no objective e/o pain on exam. Stretch and PT. No indication for steroid injection.
- No indication for egg crate
- Agree with temporary limited Duty chrono due to recent left wrist pain (likely sprain/strain), musculoskeletal back pain.

(calcium-vitamin D 500 mg-200 intl units)  1 tab Oral BID-KOP KOP
diclofenac 1% Gel 100 gm (Voltaren) (Voltaren 1% topical gel)  4 gm 2 app Topical QID-KOP KOP
1-doxazosin 1 mg Tab (Cardura)  1 mg 1 tab Oral Daily-KOP KOP
fluocinonide 0.05% Cream 30 gm (fluocinonide 0.05% topical cream)  1 app Topical BID-KOP KOP PRN: rash
ketotifen 0.025% Soln-Opth 5 mL (Zaditor 0.025% ophthalmic solution)  1 drop Both eyes BID-KOP KOP
lisinopril  20 mg 1 tab Oral Daily-KOP KOP
testosterone cypionate 200 mg/1 mL Soln IM (0417-01) (Testosterone Cypionate 200 mg/mL intramuscular solution)  50 mg 0.25 mL Intramuscular TUES DOT
testosterone cypionate 200 mg/mL Soln IM 10 mL (0417-02) (Testosterone Cypionate 200 mg/mL intramuscular solution)  50 mg 0.25 mL Intramuscular TUES DOT

**Allergies**
indomethacin

**Social History**
   Employment/School
      Highest education level: High school.
      Special Education Classes No.

**Encounter Info:** Patient Name: HUNG NGUON,DOB: 07/08/1976,CDCR: K49649,FIN: 10000003511801030K49649,Facility: RJD,Encounter Type: Institutional Encounter

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33128595                                    Print Date/Time:  9/15/2020 11:19 PDT

WARNING: This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Exhibit

14

**RJD - RJ Donovan Correctional Facility**

Patient: **NGUON, HUNG DUONG**
DOB/Age/Sex: 7/8/1976  / 44 years  / Male          CDCR: K49649

| *Progress Notes* |
|---|

Highest education level: High school.
Special Education Classes No.

**Encounter Info:** Patient Name: HUNG NGUON,DOB: 07/08/1976,CDCR: K49649,FIN: 10000003511801030K49649,Facility: RJD,Encounter Type: Institutional Encounter

Document Type:                          Outpatient Progress Note
Document Subject:                       Free Text Note
Service Date/Time:                      9/2/2020 15:09 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Luu,Tri P&S (9/2/2020 15:09 PDT)
Sign Information:                       Luu,Tri P&S (9/2/2020 15:09 PDT)
Authentication Information:             Luu,Tri P&S (9/2/2020 15:09 PDT)

IP was not seen today as scheduled in clinic. IP was not brought in by custody due to time constraint.
Chart reviewed; will reschedule

**Encounter Info:** Patient Name: HUNG NGUON,DOB: 07/08/1976,CDCR: K49649,FIN: 10000003511801030K49649,Facility: RJD,Encounter Type: Institutional Encounter

Document Type:                          Outpatient Progress Note
Document Subject:                       re: MRI left wrist
Service Date/Time:                      8/26/2020 12:45 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Pasha,Susan NP (8/26/2020 13:13 PDT)
Sign Information:                       Barenchi,Ryan CP&S (8/26/2020 13:50 PDT); Pasha,Susan
                                        NP (8/26/2020 13:13 PDT)
Authentication Information:             Pasha,Susan NP (8/26/2020 13:13 PDT)

**Chief Complaint**
MRI left wrist

**History of Present Illness**
This is a 44 years old male who states has  left hand/wrist pain for several mos. States wakes up with severe pain mostly near left thumb region.  Requesting morphine for pain. Claims fell several mos ago and injured left wrist.

**Review of Systems**
CONSTITUTIONAL: No complaint of fevers, chills, weakness, fatigue, headache or congestion. No complaints of flu-like symptoms or lymphadenopathy.

**Problem List/Past Medical History**
Ongoing
  Antisocial personality disorder
  Chronic pain in testicle
  Essential hypertension
  Hyperlipidemia
  Hypogonadism male
  Low bone density
  Narcissistic personality disorder
  Undescended testicle Right

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  33128595                        Print Date/Time:  9/15/2020 11:19 PDT

WARNING: This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit

15

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Attachment

Date   :   June 1, 2021

To     :   Mary Ann Glynn, Chief Executive Officer
           Richard J. Donovan Correctional Facility
           480 Alta Road
           San Diego, CA 92179

Subject:   **INMATE CORRESPONDENCE**                          **IMS: OIA-1170-2021**

*The Office of Internal-Affairs Southern Region received a complaint from* Hung Duon
Nguon, K-49649, alleging misconduct on the part of staff assigned to the Richard J.
Donovan Correctional Facility.  After reviewing the complaint, I have determined that
this issued would be best addressed at the institutional level.

I am sending this complaint and supporting documents to you for review and
disposition.  If you make a determination that the issue(s) need further investigation,
please submit a CDCR 989, Request for a Confidential Investigation, to the Central
Intake Unit.

Please feel free to call me with any questions at 909-483-1594- extension 259.

JAIME AGUILAR
*Senior Special Agent*
Office of Internal Affairs-Southern Region

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**RICHARD J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179



SEP 21 2021

Nguon, H. (CDCR #K49649)
C-11-223L
Richard J. Donovan Correctional Facility

Mr. Nguon,

This is in response to your letter dated September 2, 2021, addressed to M. Pollard, Warden of the Richard J. Donovan Correctional Facility (RJDCF), regarding your health care concerns. Your health care related concerns have been forwarded to the California Correctional Health Care Services, (CCHCS) Hiring Authority, Dr. S. Roberts, Chief Executive Officer (CEO) (A), to be addressed at the appropriate level.

If you need to request medical services, please submit a Health Care Service Request (CDCR 7362) Form. These forms are readily available to you in your housing unit, and are collected regularly by CCHCS staff.

An inmate under the jurisdiction of the California Department of Corrections and Rehabilitation (CDCR) who feels that any departmental decision, action, condition, or policy, which they can demonstrate has an adverse effect upon their welfare, may submit an Inmate/Parolee Grievance (CDCR 602) Form seeking relief from the adverse condition. Please be advised, the same criteria applies to health care concerns.

Sincerely,

M. PALMER
Associate Warden – Health Care Access
Richard J. Donovan Correctional Facility

**Elaine M. Howle**  *State Auditor*



October 13, 2021
***CONFIDENTIAL***
*Case I2021-1678*

Hung Duong Nguon
K49649, C – 11 – 223
R.J. Donovan Correctional Facility
480 Alta Road
San Diego, California 92179

Dear Mr. Nguon:

We have received your correspondence dated October 2 2021, in which you allege that an improper governmental activity has occurred within the California Department of Corrections and Rehabilitation. Under the provisions of the California Whistleblower Protection Act (Act), found at Government Code section 8547 et seq., the California State Auditor receives and investigates complaints of improper governmental activities by state agencies and employees. As provided in the Act, any actions we may take in response to your correspondence must remain confidential. As a result, we are prohibited from keeping you informed about the progress or results of any actions we take in response to your correspondence. If an investigation substantiates that a state agency or employee has engaged in an improper governmental activity, the State Auditor may issue a public report regarding the results of the investigation if issuing the report will serve the interests of the State. You may view our public reports on our website at www.auditor.ca.gov.

In addition, you may also want to contact the office established by the courts to manage medical care in facilities under the California Department of Corrections and Rehabilitation. The address for correspondence is included below:

California Correctional Health Care Services
Controlled Correspondence Unit
P.O. Box 4038
Sacramento, California 95812-4038

Sincerely,


Investigations Division

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

GAVIN NEWSOM, GOVERNOR



**DIVISION OF ADULT INSTITUTIONS**
**RICHARD J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179

NOV 0 2 2021

Nguon, H. (CDCR #K49649)
C-15-216L
Richard J. Donovan Correctional Facility

Mr. Nguon,

This is in response to your letter dated October 20, 2021, addressed to the Warden of the Richard J. Donovan Correctional Facility (RJDCF), regarding your health care concerns. A similar request was received on September 2, 2021, and was forwarded for review. Your health care related concerns have been forwarded to the California Correctional Health Care Services, (CCHCS) Hiring Authority, S. Roberts, M. D., Chief Executive Officer (CEO) (A), to be addressed at the appropriate level.

If you need to request medical services, please submit a Health Care Service Request (CDCR 7362) Form. These forms are readily available to you in your housing unit and are collected regularly by Health Care Services staff.

An inmate under the jurisdiction of the California Department of Corrections and Rehabilitation (CDCR) who feels that any departmental decision, action, condition, or policy, which they can demonstrate has an adverse effect upon their welfare, may submit an Inmate/Parolee Grievance (CDCR 602) Form seeking relief from the adverse condition. This same criteria is established regarding health care concerns.

Sincerely,

M. PALMER
Associate Warden, Health Care Access
Richard J. Donovan Correctional Facility

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
RICHARD J. DONOVAN CORRECTIONAL FACILITY
480 Alta Road
San Diego, CA  92179

JAN **2 7** 2021

Nguon, H. (CDCR #K49649)
C-11 223L
Richard J. Donovan Correctional Facility

Mr. Nguon,

This is in response to your letter dated November 23, 2020, addressed to The Office of Internal Affairs (OIA) regarding the poor medical treatment you are receiving. This correspondence has been forwarded to the medical staff for notification of your concerns.

If you need to request medical services, please submit your request on a Health Care Service Request (CDCR 7362) form, or a Request for Reasonable Accommodation (CDCR 1824) form, if your request is regarding Durable Medical Equipment or medical supplies. These forms are readily available to you in your housing unit and are collected regularly by Health Care Services staff.

As you are aware, an inmate under the jurisdiction of CDCR who feels that any departmental decision, action, condition, or policy, which they can demonstrate has an adverse effect upon their welfare, may submit an Inmate/Parolee Grievance (CDCR 602) form seeking relief from the adverse condition.  The proper forum to address concerns of these types is through the CDCR 602 process. Please be aware appealing issues that have already been resolved in previous grievances or through other authorized means is grounds for rejection of the new grievance and/or the implementation of progressive disciplinary action as an abuse of the grievance process.  If you are unsuccessful in having your issue(s) addressed via this forum, you should refer to the California Code of Regulations (CCR), Title 15, Section 3084.3, Supporting Documents, on how to proceed with this grievance.

Sincerely,

MATTHEW PALMER
Associate Warden
Richard J. Donovan Correctional Facility

| 8/27/2021 | POB 588500 |
| | ELK GROVE |
| | CA |
| | 95758 |

| 9/7/2021 | POB 588500 |
| | ELK GROVE |
| | CA |
| | 95758 |

**Date Mailed:** **TO: CDCR DIR. CONNIE GIBSON**
11/8/2021
POB 942883
SAC
CA
95811

**Date Mailed:** **TO: CDCR DIR. TAMMY FOSS**
11/8/2021
POB 942883
SAC
CA
95811

**Date Mailed:** **TO: CDCR SEC. R DIAZ**
9/3/2021
POB 942883
SAC
CA
95811

**Date Mailed:** **TO: COURT OF APPEAL - 2ND DISTRICT**
5/24/2021
300 S. SPRING ST., 2ND FL.
LA
CA
90013

**Date Mailed:** **TO: COURT OF APPEAL - 4TH DISTRICT**
8/9/2021
750 B ST., STE 300
SD
CA
92101

| 7/12/2021 | 750 B ST., STE 300 |
| | SD |
| | CA |
| | 92101 |

**Date Mailed:** **TO: DPMT OF CONSUMER AFFAIRS**

5/6/2021        POB 122724

                SD

                CA

                92112


4/29/2021       220 W. BROADWAY

                SD

                CA

                92101


4/9/2021        POB 122724

                SD

                CA

                92112


**Date Mailed:**   **TO: SECRETARY OF CDCR**
9/7/2021        POB 942883

                SAC

                CA

                95811


Date Mailed:    **TO: SVSP APPEALS OFFICE**
3/11/2020       31625 HWY 101

                SOL

                CA

                93960


Date Mailed:    **TO: US COURT HOUSE**
4/15/2021       333 W BROADWAY  STE 420

                SD

                CA

                92101


Date Mailed:    **TO: US DISTRICT COURT - SOUTHERN**
5/17/2021       333 W. BROADWAY, STE 420

                SD

                CA

                92101